UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB DAVID WOOLERY, | No. 2:21-cv-0166 TLN DB P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| SHASTA COUNTY JAIL, et al., | |
| Defendants. | |

Plaintiff, a county prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims defendants failed to properly consider his grievances, refused to give him a parole form, and failed to provide adequate dental treatment. Presently before the court is defendants' motion to modify the court's December 1, 2021 discovery and scheduling order ("DSO"). (ECF No. 29.)

Defendants seek an extension of the deadlines set forth in the DSO. In support of their motion they state additional time is necessary in light of plaintiff's apparent release from custody. Good cause appearing the court will grant the motion.

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to modify the DSO (ECF No. 29) is granted;

2. The parties may conduct discovery until June 24, 2022. Any motions necessary to compel discovery shall be filed by that date. All requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34, or 36 shall be served not later than sixty days prior to that date.

3. All pretrial motions, except motions to compel discovery, shall be filed on or before September 16, 2022. Motions shall be briefed in accordance with paragraph 8 of this court's order dated August 31, 2021.

4. The DSO remains the same in all other respects.

Dated: March 11, 2022

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/S/wool0166.eot(DSO)