UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB DAVID WOOLERY, | No. 2:21-cv-0166 TLN DB P |
| Plaintiff, | |
| v. | ORDER |
| SHASTA COUNTY JAIL, et al., | |
| Defendants. | |

Plaintiff, a county prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims defendants failed to properly consider his grievances, refused to give him a parole form, and failed to provide adequate dental treatment.

On February 16, 2022, defendants Magrini and Marlar filed motions to compel plaintiff's responses to discovery. (ECF Nos. 27, 28.) Plaintiff has not filed an opposition or statement of non-opposition to defendants' motions to compel. Counsel for defendant Rubalcava filed a notice indicating that plaintiff has been released from custody. (ECF No. 30 at 2.) Jail records[1] also

////

---

[1] The court may take judicial notice of information stored on the Shasta County Sheriff's inmate locator website. See In re Yahoo Mail Litig., 7 F. Supp. 3d 1016, 1024 (N.D. Cal. 2014) (a court may take judicial notice of information on "publicly accessible websites" not subject to reasonable dispute); Louis v. McCormick Schmick Restaurant Corp., 460 F. Supp. 2d 1153, 1155 fn.4 (C.D. Cal. 2006) (court may take judicial notice of state agency records).

1

reflect that plaintiff is no longer incarcerated at Shasta County Jail. Plaintiff has not updated his address as required by Eastern District of California Local Rule 183(b).

Accordingly, IT IS HEREBY ORDERED that plaintiff shall file an opposition or statement of non-opposition to defendants' motions to compel (ECF Nos. 27, 28) within thirty days. Plaintiff is advised that failure to comply with this order will result in a recommendation that this action be dismissed for failure to comply with court orders and failure to prosecute.

Dated: May 11, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/wool0166.osc.discovery