UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB DAVID WOOLERY,<br><br>Plaintiff,<br><br>v.<br><br>SHASTA COUNTY JAIL, et al.,<br><br>Defendants. | No. 2:21-cv-00166-TLN-DB<br><br>**ORDER** |

Plaintiff, a former county prisoner proceeding *pro se*, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff claims defendants failed to properly consider his grievances, refused to give him a parole form, and failed to provide adequate dental treatment. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 6, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  (ECF No. 35.)  Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed July 6, 2022 (ECF No. 35) are ADOPTED in full; and

2. This action is DISMISSED without prejudice.

**DATED: September 15, 2022**

Troy L. Nunley
United States District Judge

2